UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST LABORERS-EMPLOYERS HEALTH & SECURITY TRUST, WESTERN WASHINGTON LABORERS-EMPLOYERS PENSION TRUST, NORTHWEST LABORERS-EMPLOYERS TRAINING TRUST, and WASHINGTON AND NORTHERN IDAHO DISTRICT COUNCIL OF LABORERS, and its affiliated Union Locals<br><br>                      Plaintiffs<br><br>   v.<br><br>KELLER NORTH AMERICA, INC. fdba HAYWARD BAKER, INC.<br><br>                      Defendant | NO.<br><br>COMPLAINT FOR BREACH OF COLLECTIVE BARGAINING AGREEMENT |

COME NOW PLAINTIFFS, and for their cause of action, allege as follows:

1. Plaintiffs Northwest Laborers-Employers Health & Security Trust, Western Washington Laborers-Employers Pension Trust, and Northwest Laborers-Employers Training Trust (Trusts) are joint labor-management employee benefit trusts created pursuant to § 302(c)(5) of the Labor-Management Relations Act (the Act), 29 U.S.C. § 186(c)(5) and bring this action in accordance with §§ 502(d)(1), 502(a)(3) and 515 of the Employee Retirement Income Security Act of 1974 (ERISA), 29 U.S.C. § 1001, et seq.

COMPLAINT FOR BREACH OF
COLLECTIVE BARGAINING AGREEMENT—1

STOLL LAW GROUP, PLLC
9725 SE 36th Street — Suite 201
Mercer Island, WA 98040-3840
Telephone 206-623-2855

1.   Plaintiff Washington and Northern Idaho District Council of Laborers and its affiliated Union Locals (Union) is a labor organization that has its principal office located at 12101 Tukwila International Blvd., Ste. 300, Seattle, Washington.

2.   Defendant Keller North America, Inc., fdba Hayward Baker, Inc. (Employer) is engaged in business within the jurisdiction of this Court, and such business affects commerce within the meaning of § 301(a) of the Act, 29 U.S.C. § 185(a).

3.   Jurisdiction is conferred on this Court by § 301(a) of the Act, 29 U.S.C. § 185(a) and §§ 502(a)(3) and 502(e)(2) of ERISA, 29 U.S.C. § 1132(a)(3) and § 1132(e)(2).

4.   At all times material the Employer and the Union and its affiliated Locals were parties to a collective bargaining agreement (Labor Agreement) and Trust agreements, material parts of which are attached to this Complaint as Exhibits A and B, respectively.  Plaintiff Trusts are third-party beneficiaries to the Labor Agreement.

5.   The Employer has failed to abide by the terms and conditions set forth in the Labor Agreement and Trust Agreements and is and continues to be delinquent in the payment of fringe benefit contributions, dues, and other wage deductions--the full amount of which was determined by an examination of its payroll records—in the known amount of $1,154.61 for the period July through December 2019. As a result of this delinquency, the Employer also owes liquidated damages of $547.67, interest of $880.64, and auditor fees of $2,303.75.  The total known amount owing as of the filing of this Complaint is $4,886.67, all of which is due and payable under the terms of the Labor Agreement and Trust Agreements.  The Employer's failure to pay is also a violation of § 515 of ERISA, 29 U.S.C. § 1145.

COMPLAINT FOR BREACH OF
COLLECTIVE BARGAINING AGREEMENT—2

STOLL LAW GROUP, PLLC
9725 SE 36th Street — Suite 201
Mercer Island, WA 98040-3840
Telephone 206-623-2855

6. Under the terms of the Labor Agreement and Trust Agreements to which the Employer is bound, the Employer is also obligated to pay all liquidated damages in the amount of 15 percent (15%) of the delinquent contributions owing, interest computed at the rate of 15 percent (15%) per annum, and costs and expenses incurred, including reasonable attorney fees.

7. If judgment is entered by default, a reasonable attorney fees as of the date of this Complaint is $2,000.00.

WHEREFORE, Plaintiffs pray for the following relief:

(a) Judgment against Defendant Keller North America, Inc., fdba Hayward Baker, Inc., for the period July through December 2019, fringe benefit contributions and wage deductions of $1,154.61, liquidated damages of $547.67, interest of $880.64, and auditor fees of $2,303.75;

(b) All costs and attorney fees incurred; and

(c) Such other relief as the Court deems just and equitable.

DATED December 22, 2023

/s Mary L. Stoll
Mary L. Stoll, WSBA No. 16446
Attorney for Plaintiff Trusts and Union
STOLL LAW GROUP, PLLC
9725 SE 36th Street, Suite 201
Mercer Island WA  98040-3840
Telephone 206-623-2855
Email marys@mlstoll-law.com

COMPLAINT FOR BREACH OF
COLLECTIVE BARGAINING AGREEMENT—3

STOLL LAW GROUP, PLLC
9725 SE 36th Street — Suite 201
Mercer Island, WA  98040-3840
Telephone 206-623-2855