UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST LABORERS−EMPLOYERS HEALTH & SECURITY TRUST et al,<br><br>                    Plaintiffs,<br>     v.<br><br>KELLER NORTH AMERICA INC.,<br><br>                    Defendant. | CASE NO. 2:23-cv-01981-LK<br><br>ORDER OF DISMISSAL |

This matter comes before the Court sua sponte. On October 1, 2024, the Court ordered Plaintiffs to show cause within 14 days why this case should not be dismissed for failure to prosecute. Dkt. No. 6. That time period has elapsed, and Plaintiffs have not responded to the Order, shown cause, or requested more time to do so. Accordingly, this matter is DISMISSED without prejudice for failure to prosecute.

Dated this 16th day of October, 2024.

Lauren King
United States District Judge

ORDER OF DISMISSAL - 1